JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 440 -- IN RE INTERNATIONAL SYSTEMS & CONTROLS CORP. ~~SENSITIVE PAYMENT~~ *Securities* LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/07/10 | 1 | MOTION, BRIEF, CERT. OF SVC., SCH. OF CASES, EXHIBITS -- Int'l Sys. & Controls Corp. SUGGESTED TRANSFEREE DISTRICT: S.D. Texas  SUGGESTED TRANSFEREE JUDGE: (ea) |
| 80/07/17 | 2 | RESPONSE/BRIEF -- Pltf. Robert G. Morris -- w/cert. of svc. (emh) |
| 80/07/21 |  | SUPPLEMENTAL CERT. OF SVC. (Pleading No. 2) -- Pltf. Robert. G. Morris (emh) |
| 80/07/21 | 3 | REQUEST FOR EXTENSION OF TIME -- Pltf. Benjamin Koenig -- GRANTED TO ALL PARTIES to and including 8/20/80 (emh) |
| 80/07/28 | 4 | RESPONSE -- Pltf. Todd E. Semon -- w/Exhibit A and cert. of svc. (emh) |
| 80/07/29 |  | APPEARANCES -- Abraham I. Markowitz for Harry Lewis; Ralph D. McBride for International Systems and Controls Corp.; Carl D. Liggio for Arthur Young & Company; Robert A. Stull for Benjamin Koenig; R. L. King for Arthur Andersen & Co.; Thomas C. Green for Albert W. Angulo, R. E. Blohm, Herman Frietsch, D. L. Goldy, Raymond G. Hofker, J. Thomas Kenneally, Les E. Linbeck, Jr.. R. F. Medina, W. L. Ross, II, Harlan M. Stein, W. E. Westernfield, A. C. Wilson. (emh) |
| 80/07/30 |  | APPEARANCE: I. Walton Bader for Robert Morris, etc. (emh) |
| 80/08/01 |  | APPEARANCE -- Jeffrey Zivyak, Esq. for Murray Traub, et al. (ea) |
| 80/08/06 |  | APPEARANCE -- Lester L. Levy, Esq. for Todd Semon. (ea) |
| 80/08/11 |  | APPEARANCE -- Philip P. Sudan, Jr., Esq. for Deferred Compensation Corporation. (ea) |
| 80/08/11 |  | AMMENDED APPEARANCE -- Philip P. Sudan, Esq. for International Systems and Controls Corporation. (ds) |
| 80/08/13 | 5 | RESPONSE AND CERT. OF SVC. -- Pltf. Harry Lewis. (ds) |
| 80/08/18 | 6 | RESPONSE, MEMORANDUM -- Plaintiff Benjamin Koenig. Exhibits A through C w/Cert. of Svc. (ds) |
| 80/08/18 | 7 | RESPONSE -- Defendant Arthur Andersen w/Cert. of Svc. (ds) |
| 80/08/20 | 8 | RESPONSE, EXHIBIT 1 THRU 5, MEMORANDUM, APPENDIX A THRU C, CERT. OF SVC. -- Arthur Young & Co. (ea) |
| 80/08/21 |  | HEARING ORDER -- setting A-1 thru A-5 for hearing on Sept. 25, 1980 in Nashville, Tenn. (ea) |

JPML FORM 1A - Continuation  DOCKET ENTRIES -- p. 2

DOCKET NO. 440 -- IN RE INTERNATIONAL SYSTEMS & CONTROLS CORPORATION SENSITIVE PAYMENT LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 80/08/22 | 9 | RESPONSE--letter pleading -- pltf. Todd E. Semon w/cert. of svc. (ds) |
| 80/08/25 | 10 | MEMORANDUM, CERT. OF SVC. -- Traub, et al. (ea) |
| 80/09/03 | 11 | LETTER REGARDING FILING OF BANKRUPTCY PETITION -- Signed by Lowell T. Cage, Esq. counsel for Herman M. Frietsch (cds) |
| 80/09/03 | 12 | SUPPLEMENTAL MEMORANDUM -- Plaintiff Benjamin Koenig -- w/cert. of service (cds) |
| 80/09/04 | | APPEARANCE: David N. Webster, Esq. for Surrey, Karasik, Morse & Goekjian, et al. (cds) |
| 80/09/15 | 13 | LETTER RE PLDG. NO. 11 -- Arthur Young & Co. signed by Carl D. Liggio (cds) |
| 80/09/23 | | HEARING APPEARANCE: Philip P. Sudan, Esq. for Int'l Systems & Controls Corp. and Deferred Compensation Corp.; Thomas C. Green, Esq. for Albert W. Angulo, et al.; Abraham I. Markowitz, Esq. for Harry Lewis; Jeffrey L. Zivyak, Esq. for Murray Traub, et al.; Robert A. Stull, Esq. for Benjamin Koenig, etc.; Carl D. Liggio, Esq. for Arthur Young & Co. (cds) |
| 80/09/23 | | WAIVER OF ORAL ARGUMENT: Arthur Anderson & Co. (cds) |
| 80/09/24 | 14 | LETTER RE BANKRUPTCY COURT (concerned about contempt) -- -- Signed by Philip Sudan, Jr. -- w/copy of a decision re automatic stay provisions (cds) |
| 80/10/20 | | CONSENT OF TRANSFEREE DISTRICT -- To assign litigation to S.D. Texas before Judge Black (cds) |
| 80/10/20 | | TRANSFER ORDER -- Transferring A-2 - A-4 to Southern District of Texas before Judge Norman W. Black - NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL (cds) |
| 80/11/10 | | CORRECTION ORDER -- correcting Schedule A w/Transfer Order filed 10/20/80 (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 440 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE INTERNATIONAL SYSTEMS & CONTROLS CORPORATION CORPORATION ~~SENSITIVE PAYMENT~~ Securities LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 20, 1980 | TO | Unpublished | S.D. Texas | Norman W. Black | |

Special Transferee Information

DATE CLOSED: 5/23/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 440 -- IN RE INTERNATIONAL SYSTEMS & CONTROLS CORPORATION ~~SENSITIVE PAYMENT~~ *Securities* LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Benjamin Koenig v. J. T. Kenneally, et al. | S.D.N.Y. Sand | 79-Civ.0487 | 10/20/80 | H-81-124 | 2/23/84 D | |
| A-2 | Harry Lewis v. J. T. Kenneally, et al. | S.D.Tex. Black | H-78-777 | | | 3/8/83 D | |
| A-3 | Robert G. Morris, etc. v. J. Thomas Kenneally, et al. | S.D.Tex. Bue | H-80-1324 | | | 2/10/82 D | |
| A-4 | Todd E. Semon v. International Systems & Controls Corp., et al. | S.D.Tex. Bue | H-79-2057 | | | 3/20/84 D 2/1/84 D | |
| A-5 | Murray Traub, et al. v. J. T. Kenneally, et al. | S.D.N.Y. Sand | 79-Civ.1500 | 10/20/80 | H-81-123 | 5/18/84 D | |

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 440 -- In re International Systems & Controls Corporation ~~Sensitive Payment~~ *Securities* Securities Litigation

| | |
|---|---|
| BENJAMIN KOENIG (A-1)<br>Robert A. Stull, Esquire<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, New York  10017 | ALBERT W. ANGULO<br>R. E. BLOHM<br>HERMAN M. FRIETSCH<br>D. L. GOLDY<br>RAYMOND G. HOFKER<br>J. THOMAS KENNEALLY |
| HARRY LEWIS (A-2)<br>Abraham I. Markowitz, Esquire<br>1501 Broadway<br>New York, New York  10036 | LES E. LINBECK, JR.<br>R. F. MEDINA<br>W. L. ROSS, II<br>HARLAN M. STEIN<br>W. E. WESTERNFIELD<br>A. C. WILSON<br>Thomas C. Green, Esquire<br>Sharp, Randolph & Green<br>Suite 501<br>1800 Massachusetts Avenue, N.W.<br>Washington, D.C.  20036 |
| ROBERT MORRIS, ETC. (A-3)<br>I. Walton Bader, Esquire<br>Bader & Bader<br>65 Court Street<br>White Plains, New York  10601 | |
| TODD E. SEMON (A-4)<br>Lester L. Levy, Esquire<br>Wolf, Popper, Ross, Wolf & Jones<br>845 Third Avenue<br>New York, New York  10022 | DEFERRED COMPENSATION CORP.<br>INTERNATIONAL SYSTEMS AND<br>CONTROLS CORPORATION<br> Philip P. Sudan, Jr., Esq.<br>Ryan, Shoss, Cage & McBride<br>3405 One Allen Center<br>Houston, Texas  77002 |
| MURRAY TRAUB, ET AL. (A-5)<br>Jeffrey Zivyak, Esquire<br>Berman & Zivyak, P.C.<br>450 Park Avenue<br>New York, New York  10022 | ARTHUR ANDERSEN & CO.<br>R. L. King, Esquire<br>Debevoise, Plimpton, Lyons<br>  & Gates<br>299 Park Avenue<br>New York, New York 10017<br><br>ARTHUR YOUNG & COMPANY<br>Carl D. Liggio, Esquire<br>277 Park Avenue<br>New York, New York  10172 |

| | |
|---|---|
| SURREY, KRASIK, MORSE & GOEKJIAN<br>SURREY, KRASIK & MORSE<br>W. SURREY<br>D. MORSE<br>S. GOEKJIAN<br>J. CRAWFORD<br>C. REED<br>W. WICKSHAM<br>J. LIGHBURN<br>David N. Webster, Esq.<br>Williams & Connolly<br>839 - 17th Street, N.W.<br>Washington, D. C. 20006 | |

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 440 -- IN RE INTERNATIONAL SYSTEMS & CONTROLS CORP. SENSITIVE PAYMENT _Securities_ LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| J. T. KENNEALLY | A-1, A-2, A-3, A-4, A-5 |
| R. F. MEDINA | A-1, A-2, A-5 |
| W. L. Ross, II | A-1, A-5 |
| A. C. Wilson | A-1, A-2, A-5 |
| H. M. Frietsch | A-1, A-2, A-4, A-5 |
| R. E. Blohm | A-1, A-5 |
| Deferred Compensation Comporation | A-1, A-5 |
| International Systems & Controls Corp. | A-1, A-2, A-3, A-4 |
| Arthur Young & Company | A-1, A-5 |
| D. L. Goldy | A-2 |
| Raymond G. Hofker | A-3, A-4 |

p. 2

| | |
|---|---|
| Albert M. Angulo | A-3, A-4, A-5 |
| Harlan M. Stein | A-3, A-4 |
| Les E. Linbeck, Jr. | A-5 |
| W. E. Westernfield | A-5 |
| Arthur Andersen & Co. | A-5 |
| H. STEIN | A-1, A-5 |
| SURREY, KARASIK, MORSE & GOEKJIAN | A-1, A-5 |
| SURREY, KARASIK & MORSE | A-1, A-5 |
| W. SURREY | A-1, A-5 |
| D. MORSE | A-1, A-5 |
| S. GOEKJIAN | A-1, A-5 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 440 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| J. CRAWFORD | A-1, A-5 |
| C. REED | A-1, A-5 |
| W. WICKSHAM | A-1, A-5 |
| J. LIGHBURN | A-1, A-5 |